United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| PARTY CITY HOLDCO INC., | ) | Case No. 24-90621 (ARP) |
| Debtor. | ) | |
| Tax I.D. No. 46-0539758 | ) | |
| In re: | ) | Chapter 11 |
| AMSCAN INC., | ) | Case No. 24-90620 (ARP) |
| Debtor. | ) | |
| Tax I.D. No. 13-1771359 | ) | |
| In re: | ) | Chapter 11 |
| AM-SOURCE, LLC, | ) | Case No. 24-90622 (ARP) |
| Debtor. | ) | |
| Tax I.D. No. 05-0518427 | ) | |
| In re: | ) | Chapter 11 |
| PARTY CITY CORPORATION, | ) | Case No. 24-90619 (ARP) |
| Debtor. | ) | |
| Tax I.D. No. 22-3033692 | ) | |
| In re: | ) | Chapter 11 |
| PARTY CITY HOLDINGS INC., | ) | Case No. 24-90623 (ARP) |
| Debtor. | ) | |
| Tax I.D. No. 20-1033029 | ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PC INTERMEDIATE HOLDINGS, INC., | ) Case No. 24-90624 (ARP) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 46-0621229 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| TRISAR, INC., | ) Case No. 24-90625 (ARP) |
| | ) |
| Debtor. | ) (Emergency Hearing Requested) |
| | ) |
| Tax I.D. No. 95-3420659 | ) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

[Relates to Docket No. 2]

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) authorizing the Debtors to jointly administer their chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and

---

1   Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

2

opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court, if any (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under the case number assigned to Party City Holdco Inc., Case No. 24-90621.

2. The following checked items are ordered:

   a. ☒ One disclosure statement and plan of reorganization may be filed for all of the cases by a plan proponent.

   b. ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

   c. ☒ Other:  See below.

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) |
| | ) Case No. 24-90621 (ARP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the dockets of each of the Debtors other than Party City Holdco Inc.:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration of the chapter 11 cases of: Party City Holdco Inc. Case No. 24-90621, Amscan Inc. Case No. 24-90620, Am-Source, LLC Case No. 24-90622, Party City Corporation Case No. 24-90619; Party City Holdings Inc. Case No. 24-90623, PC Intermediate Holdings, Inc. Case No. 24-90624, and Trisar, Inc. Case No. 24-90625.  **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 24-90621 (ARP).**

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Party City Holdco Inc. (9758); Amscan Inc. (1359); Am-Source, LLC (8427); Party City Corporation (3692); Party City Holdings Inc. (3029); PC Intermediate Holdings, Inc. (1229); and Trisar, Inc. (0659).  The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

7.  Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

8.  Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

9.  The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: December 21, 2024

_____
Alfredo R Pérez
United States Bankruptcy Judge