**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **PARTY CITY HOLDCO, INC.,** *et al.,* [1] | § | **Case No. 24-90621 (ARP)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |

**THE UNITED STATES TRUSTEE'S**
**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE ALFREDO R. PÈREZ, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), pursuant to 11 U.S.C. § 1102(a)(1), hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in this case:

| Members | Counsel for Member |
|---|---|
| American Gas Products<br>Matthew D'Auir, CEO<br>500 Unicorn Park Drive, Suite 203<br>Woburn, MA 01801<br>(617) 381-1020<br>mattd@agpgas.com | N/A |
| Neal Mayes, Manager Credit-Collections<br>McLane Company, Inc.<br>4747 McLane Parkway<br>Temple, Texas  76504<br>(254) 771-7490<br>Neal.mayes@mclaneco.com | Gregory G. Hesse<br>Hunton Andrews Kurth LLP<br>1445 Ross Avenue, Suite 3700<br>Dallas, Texas 75202<br>(214) 468-3335<br>ghesse@HuntonAK.com |
| Saadia Zakarin, VP Sales-Operations<br>King Zak Industries, Inc.<br>3 Police Drive<br>Goshen, NY 10924 | Marianna Udem<br>Brigette McGrath<br>ASK LLP<br>60 East 42nd Street, 46th Floor |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Party City Holdco Inc. (9758); Amscan Inc. (1359); Am-Source, LLC (8427); Party City Corporation (3692); Party City Holdings Inc. (3029); PC Intermediate Holdings, Inc. (1229); and Trisar, Inc. (0659).  The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

| | |
|---|---|
| (845) 291-1200 x156<br>szakarin@kingzak.com | New York, NY 10165<br>(347) 534-0836<br>mudem@askllp.com<br>bmcgrath@askllp.com |
| Michael J. Cohen, President<br>M&J Trimming Co./Papillon Accessories<br>1008 Sixth Avenue<br>New York, NY 10018<br>(917) 579-3737<br>michael@mjtrim.com | N/A |
| Travis Stier, President<br>Nassau Candy<br>530 West John Street<br>Hicksville, NY  11801<br>(516) 433-7100 (x7612)<br>travis.stier@nassaucandy.com | N/A |
| Raymond Edwards, EVP<br>Kimco Realty Corporation<br>500 North Broadway, Suite 201<br>Jericho, NY 11753<br>(516) 869-2586<br>redwards@kimcorealty.com | Michelle Shriro<br>Singer Levick<br>16200 Addison Road, Suite 140<br>Addison, Texas 75001<br>(972) 380-5533<br>mshriro@singerlevick.com |
| Ronald M. Tucker<br>Simon Property Group, Inc.<br>225 W. Washington Street<br>Indianapolis, IN  46204<br>(317) 263-2346<br>rtucker@simon.com | N/A |

SIGNED on January 6, 2025.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS
515 Rusk Avenue, Suite 3516
Houston, Texas  77002
(713) 718-4673 - Telephone
(713) 718-4670  - Fax

By:      /s/ *Jana Smith Whitworth*
         Jana Smith Whitworth, Trial Attorney

SBOT No. 00797453/Fed. ID No. 20656
Email: Jana.Whitworth@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 6, 2025, a true and correct copy of the foregoing was served by electronic means on all PACER participants.

*/s/Jana Smith Whitworth*
Jana Smith Whitworth