IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*[1] | ) ) ) | Case No. 24-90621 (ARP) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Audrey L. Hornisher and Tara L. Bush of the law firm of CLARK HILL PLC represent Agree Limited Partnership, Vestar Alderwood Parkway, LLC, TPP Orchard Property, LLC, and Xia Property Management LLC (the "**Parties**") in the above-styled and numbered case. The undersigned attorneys and law firm hereby enter their appearance pursuant to 11 U.S.C. §1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure on behalf of the Parties and request copies of all notices and pleadings pursuant to Bankruptcy Rule 2002(a), (b), and (f). All such notices should be addressed to the following:

Audrey L. Hornisher
Tara L. Bush
**CLARK HILL PLC**
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 (fax)
ahornisher@clarkhill.com
tbush@clarkhill.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Inc. (1359); Am-Source, LLC (8427); Party City Corporation (3692); Party City Holdings Inc. (3029); PC Intermediate Holdings, Inc. (1229); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**                                    Page 1
280204216

any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, including, electronic mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings therein. The Parties additionally request that the Debtors and the Clerk of the Court place the foregoing names and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered cause.

Dated: January 6, 2025

Respectfully submitted,

/s/ *Audrey L. Hornisher*
Audrey L. Hornisher (SBN 24094369)
Tara L. Bush (SNB 24122050)
**CLARK HILL PLC**
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 (fax)
ahornisher@clarkhill.com
tbush@clarkhill.com

*Attorneys for Agree Limited Partnership, Vestar Alderwood Parkway, LLC, TPP Orchard Property, LLC, and Xia Property Management LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all parties that are registered to receive electronic notices via electronic notification pursuant to the ECF procedures in this District on this 6th day of January, 2025.

/s/ *Audrey L. Hornisher*
Audrey L. Hornisher