# EXHIBIT A

| Store # | Landlord | Address |
|---|---|---|
| **Clarion Partners** | | |
| #622 | CLPF Gateway Town Center LP | Gateway Towne Center, Compton, CA |
| **Gulf Coast Commercial Group** | | |
| #1161 | Fairlawn 35, LP | Mingo Marketplace, Tulsa, OK |
| **Mideb Nominees** | | |
| #584 | Rio Grande Investment, Inc. | 22nd Street Plaza, Oakbrook Terrace, IL |
| **Primestor Development** | | |
| #626 | TUVF Hilltop LLC | Hilltop Plaza, Richmond, CA |
| #965 | La Alameda LLC | La Alameda Shopping Center, Huntington Park, CA |
| #1516 | TUVF-Esplanade, LLC | Esplanade Shopping Center, Oxnard, CA |
| **River Oaks Properties** | | |
| #1142 | River Oaks El Paseo, LLC | El Paseo Marketplace, El Paso, TX |