IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>PARTY CITY HOLDCO, INC., *et al.,*<br><br>Debtors.[1] | § § § § § § § § §   Chapter 11<br><br>Case No. 24-90621 (ARP)<br><br>(Jointly Administered) |

### SHIN YEN LANDLORDS' JOINDER

SY Ventures III, LLC ("SY Ventures"), Maryland Parkway Property LLC ("Maryland"), and Renaissance Commercial Property LLC ("Renaissance") (the "Shin Yen Landlords") landlords of premises denominated by the Debtors as Store Nos. 427, 580 and 993, join in the *Limited Objection of 209-261 Junction road Madison Investors LLC, 14700 Baltimore Avenue Investors LLC, ABJ Group Advancement TX, LLC, ARC AsandsC001, LLC, ARC BBLVSNV001, LLC, ARC CLORLFL001, ARC MILLOLIN001, LLC ARC NCCHRN001, LLC, ARC SMWMBFL001, LLC, ARC SRTUKOK001 TTRALNC001, LLC, Acadia Realty Trust, BMA Joliet Commons LLC, Brixmor Operating Partnership LP, Brixton Everett, LLC, CR West Ashley, LLC, Capital Mall LP, Courtyard E. Associates, LLC, DFG-Chattanooga, LLC, Danada Square West Shopping Center, LLC, Deutsche Asset & Wealth Management, EDENS, FBG Harriman Upper Retail LLC, FR Westgate Mall, LLC, FRIT Florida, LLC, GG REIF I Cool Springs LLC, HVTC, LLC, K-GAM Broadway Craycroft LLC, La Entrada Associates, SPG Doral Retail Partners, LLC, SVAP III Riverdale Commons, LLC, Savannah Square Associates, Ltd., Shapell Properties, Sunset*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Party City Holdco Inc. (9758); Amscan Inc. (1359); Am-Source, LLC (8427); Party City Corporation (3692); and Party City Holdings Inc. (3029); PC Intermediate Holdings, Inc. (1229); and Trisar, Inc. (0659). The location of the Debtors' service address in these chapter 11 cases is: 100 Tice Blvd., Woodcliff Lake, NJ 07677.

*Hills JV LLC/Sunset Hills Owner LLC, The Irvine Company LLC, Urban Edge Properties L.P., and*, LLC, ARC *Weitzman to Debtors' Emergency Motion for Entry of Interim and Final Orders (i) Authorizing the Debtors to Use (a) Cash Collateral and (b) Grant Liens and Provide Superiority Administrative Expense Claims, (ii) Granting Adequate Protection to Certain Prepetition Secured Parties, (iii) Modifying the Automatic Stay, (iv) Scheduling a Final Hearing, and (v) Granting Related Relief [Dkt. #372],* and the *Objection of Multiple Landlords to Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Use Cash Collateral and (B) Grant Liens and Provide Superiority Administrative Expense Claims, etc. and Request for Adequate Protection [Dkt. #375]* for the arguments stated in those Objections.

The Shin Yen Landlords reserve the right to supplement and amend this objection as necessary and appropriate.

Date: January 29, 2025.

                                      Respectfully submitted,
                                      **DYKEMA GOSSETT PLLC**

                                      By:    */s/ Patrick L. Huffstickler*
                                      Patrick L. Huffstickler
                                      State Bar No. 10199250
                                      phuffstickler@dykema.com
                                      112 East Pecan Street, Suite 1800
                                      San Antonio, Texas 78205
                                      (210) 554-5500 Telephone
                                      (210) 226-8395 Facsimile

                                      **COUNSEL FOR**
                                      **SY VENTURES III, LLC,**
                                      **MARYLAND PARKWAY PROPERTY LLC AND**
                                      **RENAISSANCE COMMERCIAL PROPERTY LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2025, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF.

                                              */s/ Patrick L. Huffstickler*
                                              Patrick L. Huffstickler