IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PARTY CITY HOLDCO INC.** | § | **CASE NO. 24-90621** |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |

### JOINDER OF LANDLORD 355 FREDERICK, LLC

355 Frederick, LLC ("Frederick"), landlord of premises denominated by the Debtors as Store No. 1095, joins in the (1) *Limited Objection of 209-261 Junction road Madison Investors LLC, 14700 Baltimore Avenue Investors LLC, ABJ Group Advancement TX, LLC, ARC AsandsC001, LLC, ARC BBLVSNV001, LLC, ARC CLORLFL001, ARC MILLOLIN001, LLC ARC NCCHRN001, LLC, ARC SMWMBFL001, LLC, ARC SRTUKOK001 TTRALNC001, LLC, Acadia Realty Trust, BMA Joliet Commons LLC, Brixmor Operating Partnership LP, Brixton Everett, LLC, CR West Ashley, LLC, Capital Mall LP, Courtyard E. Associates, LLC, DFG-Chattanooga, LLC, Danada Square West Shopping Center, LLC, Deutsche Asset & Wealth Management, EDENS, FBG Harriman Upper Retail LLC, FR Westgate Mall, LLC, FRIT Florida, LLC, GG REIF I Cool Springs LLC, HVTC, LLC, K-GAM Broadway Craycroft LLC, La Entrada Associates, SPG Doral Retail Partners, LLC, SVAP III Riverdale Commons, LLC, Savannah Square Associates, Ltd., Shapell Properties, Sunset Hills JV LLC/Sunset Hills Owner LLC, The Irvine Company LLC, Urban Edge Properties L.P., and,* LLC, ARC Weitzman to Debtors' Emergency Motion for Entry of Interim and Final Orders (i) Authorizing the Debtors to Use (a) Cash Collateral and (b) Grant Liens and Provide Superiority Administrative Expense Claims, (ii) Granting Adequate Protection to Certain Prepetition Secured Parties, (iii) ModO)ing the Automatic Stay, (iv) Scheduling a Final Hearing, and (v) Granting Related

*Relief [Dkt. #372]*; (2) the *Objection of Multiple Landlords to Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Use Cash Collateral and (B) Grant Liens and Provide Superiority Administrative Expense Claims, etc. and Request for Adequate Protection [Dkt. #375];* and (3) *Limited Objection of WPG Legacy, LLC [Dkt. 376]* for the arguments stated in those Objections.

Fredrick reserves the right to supplement and amend this Joinder as necessary and appropriate.

Dated: January 29, 2025

                                            Respectfully submitted,
                                            KANE RUSSELL COLEMAN LOGAN PC

                              By:  */s/ Michael P. Ridulfo*
                                       Michael P. Ridulfo
                                       State Bar No. 16902020
                                       Fed. Id. 27086
                                       5151 San Felipe, Suite 800
                                       Houston, Texas 77056
                                       Ph: (713) 425-7400
                                       Fax: (713) 425-7700
                                       mridulfo@krcl.com
                                       Attorney for 355 Frederick, LLC

## CERTIFICATE OF SERVICE

This is to certify that on January 29, 2025, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF notification system.

                                            */s/ Michael P. Ridulfo*
                                              Michael P. Ridulfo