UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| **PARTY CITY HOLDCO INC.,** *et al.* | § § § § | CASE NO. 24-90621 (Chapter 11 – Jointly Administered) |
| DEBTORS. | § | |

**JOINDER REGARDING SUMMIT SQUARE LTD.**
**(RE: DOCKET NOS. 44, 372, 375)**

**TO THE HONORABLE ALFREDO R. PEREZ, U.S. BANKRUPTCY JUDGE:**

SUMMIT SQUARE LTD. ("Landlord"), the Landlord with respect to Store No. 0578 at 3233 Southwest Freeway, Houston TX 77027, hereby joins to the objections regarding the final cash collateral order filed at Docket Nos. 372 and 375. and any pleading files by other objecting landlords that not inconsistent therewith.

Dated: January 29, 2025

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:  */s/ Jeff Carruth*
     JEFF CARRUTH (TX SBN:. 24001846)
     24 Greenway Plaza, Suite 2050
     Houston, Texas 77046
     Telephone: (713) 341-1158
     Fax: (713) 961-5341
     E-mail:  jcarruth@wkpz.com

ATTORNEYS FOR
SUMMIT SQUARE LTD.

**CERTIFICATE OF SERVICE**

On January 29, 2025, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all registered ECF users who have appeared in this case.

          */s/ Jeff Carruth*
          Jeff Carruth