IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| PARTY CITY HOLDCO, INC., *et al.*,[1] ) | |
| ) | Case No. 24-90621 (ARP) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| ) | Ref. D.I. 44, 380 |

**OBJECTION AND JOINDER TO LIMITED OBJECTION OF CERTAIN LANDLORDS TO DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) USE CASH COLLATERAL AND (B) GRANT LIENS AND PROVIDE SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (II) GRANTING ADEQUATE PROTECTION TO CERTAIN PREPETITION SECURED PARTIES, (III) MODIFYING THE AUTOMATIC STAY, (IV) SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF**

CBL & Associates Management, Inc., as managing agent to the CBL Landlords[2], by and through counsel, hereby joins in, and incorporates by reference herein as if it were its own the objections and arguments asserted in the *Limited Objection of Certain Landlords to Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Use Cash Collateral, and (B) Grant Liens and Provide Superpriority Administrative Expense Claims, and (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 380] for the reasons stated therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Inc. (1359); Am-Source, LLC (8427); Party City Corporation (3692); Party City Holdings Inc. (3029); PC Intermediate Holdings, Inc. (1229); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

[2] CBL & Associates Management, Inc. is managing agent to the landlords (collectively, the "CBL Landlords") from whom Debtor leased real property prior to the Petition Date on **Schedule A**.

Dated this 31st day of January 2025.

Respectfully Submitted:

**HUSCH BLACKWELL LLP**

By: */s/ Buffey E. Klein*
Buffey E. Klein
Texas Bar No. 24032515
buffey.klein@huschblackwell.com
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100 (main)
(214) 999-6170 (fax)

*Attorneys for CBL & Associates Management, Inc.*

## CERTIFICATE OF SERVICE

I, Buffey E. Klein, hereby certify that on this 31st day January 2025, I cause the foregoing *Objection and Joinder to Limited Objection of Certain Landlords to Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Use Cash Collateral, and (B) Grant Liens and Provide Superpriority Administrative Expense Claims, and (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* to be served via this Court's ECF notification service upon all parties registered to receive notice.

*/s/ Buffey E. Klein*
Buffey E. Klein

3

## Schedule A

| Landlord | Property | Location |
|---|---|---|
| Dakota Square Mall CMBS, LLC | Dakota Square Mall | Minot, ND |
| CBL/Monroeville Partner, L.P. | Monroeville Mall | Monroeville, PA |
| Terrace CMBS, LLC | The Terrace | Chattanooga, TN |