**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) Case No. 24-90621 (ARP) |
| | ) |
| Debtors. | ) (Jointly Administered) |

**THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS' WITNESS AND EXHIBIT LIST**
**FOR HEARING ON FEBRUARY 5, 2025 AT 2:30 P.M. (CT)**

The Official Committee of Unsecured Creditors (the "**Committee**") of Party City Holdco Inc. and its debtor affiliates (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby submits this witness and exhibit list (this "**Witness & Exhibit List**") for the hearing scheduled for **February 5, 2025 at 2:30 p.m.** (prevailing Central Time) before the Honorable Alfredo R. Perez (the "**Hearing**").

**WITNESSES**

1. Any witness identified or called by any other party; and

2. Any witness necessary for rebuttal.

**EXHIBITS**

3. The Committee may offer into evidence any one or more of the following exhibits:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Inc. (1359); Am-Source, LLC (8427); Party City Corporation (3692); Party City Holdings Inc. (3029); PC Intermediate Holdings, Inc. (1229); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

4897-1428-4048.1 69216.00002

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | Any document entered or filed in the Debtors' Chapter 11 Cases, including any exhibits thereto | | | | |
| 2. | All exhibits necessary for impeachment and/or rebuttal purposes | | | | |
| 3. | All exhibits identified or offered by any other party at the Hearing | | | | |

**RESERVATION OF RIGHTS**

4.  The Committee reserves the right to amend and/or supplement this Witness & Exhibit List at any time prior to the Hearing. The Committee further reserves the right to (i) ask the Court to take judicial notice of pleadings, transcripts, and/or documents filed in, or in connection with, the Chapter 11 Cases, or any publicly available documents and (ii) cross-examine any witness called by any other party at the Hearing. Designation of any exhibit does not waive any objections the Committee may have to any exhibit listed on any other party's exhibit list.

Dated: February 3, 2025
Houston, Texas

Respectfully submitted,

*/s/ Theodore S. Heckel*
PACHULSKI STANG ZIEHL & JONES LLP
Michael D. Warner (TX Bar No. 00792304)
Theodore S. Heckel (TX Bar No. 24133488)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mwarner@pszjlaw.com
theckel@pszjlaw.com

-and-

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein (admitted *pro hac vice*)
Bradford J. Sandler (admitted *pro hac vice*)
Shirley S. Cho (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
scho@pszjlaw.com

*Proposed Counsel to the*
*Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February, 2025, a true and correct copy of the above and foregoing was caused to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

*/s/ Theodore S. Heckel*
Theodore S. Heckel

4897-1428-4048.1 69216.00002