IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| PARTY CITY HOLDCO, INC., *et al.*,[1] ) | |
| ) | Case No. 24-90621 (ARP) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |
| _____ ) | **Ref. D.I. 44, 375** |

**JOINDER TO OBJECTION OF MULTIPLE LANDLORDS TO DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) USE CASH COLLATERAL AND (B) GRANT LIENS AND PROVIDE SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, ETC. AND REQUEST FOR ADEQUATE PROTECTION**

Agree Limited Partnership, Vestar Alderwood Parkway, LLC, Vestar Bowles Crossing, LLC, Vestar Arizona XLVII, L.L.C., TPP Orchard Property, LLC, and Xia Property Management LLC (the "Landlords"), by and through counsel, hereby join in, and incorporate by reference herein as if it were their own, the objections and arguments asserted in the *Objection of Multiple Landlords to Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Use Cash Collateral and (B) Grant Liens and Provide Superpriority Administrative Expense Claims, Etc. and Request for Adequate Protection* [Docket No. 375] for the reasons stated therein.

To the extent not inconsistent with the foregoing, Landlords join in the objections to the Cash Collateral Motion[2] filed by Debtors' other landlords.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Inc. (1359); Am-Source, LLC (8427); Party City Corporation (3692); Party City Holdings Inc. (3029); PC Intermediate Holdings, Inc. (1229); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

[2] As defined in Docket No. 375.

CLARKHILL\H0002\D17948\280737874.v1-2/3/25

Dated: February 3, 2025

Respectfully submitted,

/s/ *Audrey L. Hornisher*
Audrey L. Hornisher (SBN 24094369)
Tara L. Bush (SBN 24122050)
**CLARK HILL PLC**
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 (fax)
ahornisher@clarkhill.com
tbush@clarkhill.com

*Attorneys for Agree Limited Partnership, Vestar Alderwood Parkway, LLC, Vestar Bowles Crossing, LLC, Vestar Arizona XLVII, L.L.C., TPP Orchard Property, LLC, and Xia Property Management LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served upon all parties that are registered to receive electronic notices via electronic notification pursuant to the ECF procedures in this District on this 3rd day of February, 2025.

/s/ *Audrey L. Hornisher*
Audrey L. Hornisher

CLARKHILL\H0002\D17948\280737874.v1-2/3/25