IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) Case No. 24-90621 (ARP) |
| | ) |
| | ) **(Jointly Administered)** |
| Debtors. | ) |
| | ) |

**DEBTORS' AGENDA OF MATTERS SET FOR VIRTUAL HEARING
ON FEBRUARY 5, 2025 AT 2:30 P.M. (PREVAILING CENTRAL TIME)**

TO THE HONORABLE JUDGE PEREZ:

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") file this Agenda of matters set for *virtual hearing* on **February 5, 2025 at 2:30 p.m. (prevailing Central Time)** before the Honorable Judge Alfredo R. Perez, United States Bankruptcy Judge, Courtroom 400, 515 Rusk Street, Houston, Texas 77002:

**A. Cash Collateral Motion**

1. **Notice of Filing Proposed Second Interim Order (I) Authorizing the Debtors to (A) Use Cash Collateral, and (B) Grant Liens and Provide Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief** [Docket No. 465]**.**

   **Status:** Going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Inc. (1359); Am-Source, LLC (8427); Party City Corporation (3692); Party City Holdings Inc. (3029); PC Intermediate Holdings, Inc. (1229); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

Dated: February 5, 2025

Respectfully submitted,

By: /s/ John F. Higgins
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
Aaron J. Power (TX Bar No. 24058058)
M. Shane Johnson (TX Bar No. 24083263)
Jordan T. Stevens (TX Bar No. 24106467)
Grecia V. Sarda (TX Bar No. 24132092)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
apower@porterhedges.com
sjohnson@porterhedges.com
jstevens@porterhedges.com
gsarda@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kenneth S. Ziman (*admitted pro hac vice*)
Christopher Hopkins (*admitted pro hac vice*)
Stephanie P. Lascano (*admitted pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kziman@paulweiss.com
chopkins@paulweiss.com
slascano@paulweiss.com

*Proposed Co-Counsel to the Debtors and the Debtors in Possession*

## Certificate of Service

I certify that on February 5, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ John F. Higgins*
John F. Higgins