# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Wednesday, February 5, 2025

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Abraham | Bane | Davis Polk & Wardwell LLP | Ad Hoc Group of Second Lien Noteholders |
| Steven | Fox | Riemer & Braunstein | Gordon Brothers Retail Partners, LLC |
| Elisha | Graff | LLP | JPMorgan Chase Bank, N.A. |
| Yitzhak | Greenberg | GROSSMAN, LLC | CRAIG SMITH |
| Christopher | Hopkins | Garrison LLP | Debtors and Debtors in Possession |
| Christopher | Hopkins | & Garrison LLP | Debtors |
| Gerald | Kennedy | Savitch LLP | Creek Co., L.P. |
| Robert | LeHane | Kelley Drye & Warren LLP | Creditors |
| Rebecca | Matthews | Frost Brown Todd | Gordon Brothers Retail Partners, LLC |
| Alan | Meda | Burch & Cracchiolo, P.A. | UTE III, LLC |
| Kelli | Norfleet | Haynes and Boone, LLP | Ad Hoc Group of Second Lien Noteholders |
| Mark | Platt | Frost Brown Todd LLP | Commercial Group, Mideb Nominees, Primestor |
| Aaron | Power | Porter Hedges LLP | Debtors and Debtors in Possession |
| Jennifer | Raviele | Kelley Drye & Warren LLP | Creditors |
| Michael | Ridulfo | PC | 355 Frederick, LLC |
| Laurel | Roglen | Ballard Spahr LLP | landlords |
| Douglas | Rosner | Goulston & Storrs PC | Property LLC, Garden City Owner LLC, Bellingham |
| Re'Necia | Sherald | Haynes and Boone, LLP | Ad Hoc Group of Second Lien Noteholders |
| Adam | Shpeen | Davis Polk & Wardwell LLP | Ad Hoc Group of Second Lien Noteholders |
| Michelle | Shriro | Singer & Levick, PC | Kimco Realty Corporation and Bridge 33 |
| Zachary | Weiner | LLP | JPMorgan Chase Bank, N.A. |
| Steven | Yachik | Kelley Drye & Warren LLP | Creditors |