# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) Case No. 24-90621 (ARP) |
| | ) |
| | ) **(**Jointly Administered**)** |
| Debtors. | ) |
| | ) |

### NOTICE OF ADJOURNMENT OF FINAL HEARING ON DEBTORS' <u>EMERGENCY</u> MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) USE CASH COLLATERAL AND (B) GRANT LIENS AND PROVIDE SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (II) GRANTING ADEQUATE PROTECTION TO CERTAIN PREPETITION SECURED PARTIES, (III) MODIFYING THE AUTOMATIC STAY, (IV) <u>SCHEDULING A FINAL HEARING, AND (V) GRANTING RELATED RELIEF</u>
### [Related to Document Nos. 44, 65, 269, 351, 397]

**PLEASE TAKE NOTICE** that the final hearing on the following motion previously adjourned to March 26, 2025 at 1:00 p.m. (prevailing Central Time) before the Honorable Judge Alfredo R. Perez, United States Bankruptcy Judge, Courtroom 400, 4th Floor, 515 Rusk Street, Houston, Texas 77002, has been further *adjourned and rescheduled* to **March 27, 2025 at 8:00 a.m. (prevailing Central Time)** (the "<u>Hearing</u>"). Parties may appear in person or by telephone and video conference, with instructions below.

- **Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Use Cash Collateral and (B) Grant Liens and Provide Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (the "<u>Cash Collateral Motion</u>") [Docket Nos. 44, 65, 468].**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Inc. (1359); Am-Source, LLC (8427); Party City Corporation (3692); Party City Holdings Inc. (3029); PC Intermediate Holdings, Inc. (1229); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

1

17154624

*Audio Communication*

Audio communication will be by use of the Court's regular dial-in number. The dial-in number is 832-917-1510. You will be responsible for your own long-distance charges. Judge Perez's conference room number is 282694.

*Video Communication*

Video communication will be by use of the GoTo platform.  Connect via the free GoTo application or click the link on Judge Perez's home page.  The meeting code is "JudgePerez."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Perez's home page.  Select the case name, complete the required fields and click "Submit" to complete your appearance.

*[Remainder of Page Intentionally Blank]*

Dated: March 24, 2025

Respectfully submitted,

By: */s/ Aaron J. Power*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
Aaron J. Power (TX Bar No. 24058058)
M. Shane Johnson (TX Bar No. 24083263)
Jordan T. Stevens (TX Bar No. 24106467)
Grecia V. Sarda (TX Bar No. 24132092)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
apower@porterhedges.com
sjohnson@porterhedges.com
jstevens@porterhedges.com
gsarda@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kenneth S. Ziman (*admitted pro hac vice*)
Christopher Hopkins (*admitted pro hac vice*)
Stephanie P. Lascano (*admitted pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kziman@paulweiss.com
chopkins@paulweiss.com
slascano@paulweiss.com

*Co-Counsel to the Debtors and the Debtors in Possession*

17154624

## Certificate of Service

I certify that on March 24, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                        */s/ Aaron J. Power*
                                        Aaron J. Power

17154624