United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-90621 |
| **PARTY CITY HOLDCO INC.**, *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## RECUSAL ORDER

    I hereby recuse on the matters related to the Motion to Compel (I) Debtor to Immediately Pay Post-Petition Rent and (II) for Attorney's Fees (ECF No. 1072) and any matter involving CBL & Associates Management, Inc.

    SIGNED 04/29/2025

_____
Alfredo R Pérez
United States Bankruptcy Judge