IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re PARTY CITY HOLDCO, Inc. | § § § § § | Case No, 24-90621-ARP (Chapter 11) (Jointly Administered with *In re Party City Corporation* Case No. 24-90619) |
| Debtor(s). | | |

### NOTICE OF HEARING

**[Relates to Docket No. 1251, 1416]**

 **PLEASE TAKE NOTICE THAT** a hearing has been set for **June 10, 2025 at 10:00 a.m. (prevailing Central time)** on *Sierra Center Investments, LLC's Application For Allowance Of Administrative Expense Claim* [Docket No. 1251] (the "Hearing").

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing will be a ***virtual only*** hearing before the Honorable Judge Alfredo R. Perez, United States Bankruptcy Judge. Parties may appear by telephone and video conference, with instructions below.

*Audio Communication*

Audio communication will be by use of the court's regular dial-in number. The dial-in number is 832-917-1510. You will be responsible for your own long-distance charges. Judge Perez's conference room number is 282694.

*Video Communication*

Video communication will be by use of the GoTo platform. Connect via the free GoTo application or click the link on Judge Perez's home page (https://meet.goto.com/JudgePerez). The meeting code is "JudgePerez." Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Perez's home page (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez). Select the case name, complete the required fields and click "Submit" to complete your appearance.

[continued]

Dated: May 22, 2025

                                     <u>/s/ John P. Byrne</u>
ByrneLaw APC
John P. Byrne
California State Bar No. 134412
24007 Ventura Blvd., Ste. 265
Calabasas, CA 91302
(818) 593-5520
John.Byrne@byrnelawcorp.com
Attorneys for
Sierra Center Investments

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, I caused a copy of the foregoing document to be served by the Electronic Case filing System for the United States Bankruptcy Court for the Southern District of Texas.

And by email to Debtor's counsel:

Power, Aaron <apower@porterhedges.com>

Stevens, Jordan T. JStevens@porterhedges.com

Garfias, Eliana <EGarfias@porterhedges.com>

/s/ John P. Byrne
ByrneLaw APC
John P. Byrne
California State Bar No. 134412
24007 Ventura Blvd., Ste. 265
Calabasas, CA 91302
(818) 593-5520
John.Byrne@byrnelawcorp.com
Attorneys for
Sierra Center Investments