IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) ) | Case No.: 24- 90621 (ARP) |
| Debtors. | ) ) ) | (Jointly Administered) |

### NOTICE OF HEARING
[Relates to Docket No. 1191]

**PLEASE TAKE NOTICE THAT** a continued *virtual* hearing has been set for **June 16, 2025 at 11:00 a.m. (prevailing Central time)** on *Rubicon Global, LLC's (I) Request for Allowance of Past Due Amounts, and (II) Limited Objection to Thirty-First Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 1191] (the "Hearing").

**PLEASE TAKE FURTHER NOTICE THAT** the Hearing will be a *virtual* hearing before the Honorable Judge Alfredo R. Perez, United States Bankruptcy Judge. Parties may appear by telephone and video conference, with instructions below.

*Audio Communication*

Audio communication will be by use of the court's regular dial-in number. The dial-in number is 832-917-1510. You will be responsible for your own long-distance charges. Judge Perez's conference room number is 282694.

*Video Communication*

Video communication will be by use of the GoTo platform. Connect via the free GoTo

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Inc. (1359); Am-Source, LLC (8427); Party City Corporation (3692); Party City Holdings Inc. (3029); PC Intermediate Holdings, Inc. (1229); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

application or click the link on Judge Perez's home page. The meeting code is "JudgePerez." Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Perez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

[*Remainder of Page Intentionally Left Blank*]

Dated:  June 5, 2025                                          Respectfully submitted,


By: */s/ Katherine A. Preston*
**WINSTON & STRAWN LLP**
Katherine A. Preston
TX State Bar No. 24088255
800 Capitol St., Suite 2400
Houston, TX 77002-2925
Telephone:    713-651-2600
Facsimile:    713-651-2700
Email:    kpreston@winston.com

-and-

Carey D. Schreiber
Emma Fleming
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: cschreiber@winston.com
Email: efleming@winston.com
*Counsel for Rubicon Global, LLC*

## Certificate of Service

    I certify that on June 5, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

    */s/ Katherine A. Preston*
    Katherine A. Preston