**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) |
| | ) Case No. 24-90621 (ARP) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**SECOND JOINT NOTICE OF ADJOURNMENT REGARDING HEARING ON**
**LINDE GAS & EQUIPMENT INC.'S REQUEST FOR**
**ALLOWANCE OF POST-PETITION ADMINISTRATIVE EXPENSE**
**CLAIM AND PAYMENT OF PAST DUE AMOUNTS**
[Relates to Docket Nos. 1363 & 1380]

**PLEASE TAKE NOTICE THAT** Linde Gas & Equipment, Inc. and its subsidiaries ("Linde" and together with the above-captioned Debtors, the "Parties") filed *Linde Gas & Equipment Inc.'s Request for Allowance of Post-Petition Administrative Expense Claim and Payment of Past Due Amounts* [Docket No. 1363] (the "Original Request") on May 8, 2025, as well as *Linde Gas & Equipment Inc.'s Amended Request for Allowance of Post-Petition Administrative Expense Claim and Payment of Past Due Amounts* [Docket No. 1380] (the "Amended Request" and together with the Original Request, the "Request"). The hearing to consider the relief sought in the Request was scheduled for June 30, 2025 at 11:00 a.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE THAT** the hearing to consider the relief sought in the Request has been adjourned to **July 14, 2025 at 9:00 a.m. (prevailing Central Time)**. The hearing on the Request will take place by telephone and video conference *only* pursuant to the instructions below.

*Audio Communication*

Audio communication will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Perez's conference room number is **282694**.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Inc. (1359); Am-Source, LLC (8427); Party City Corporation (3692); Party City Holdings Inc. (3029); PC Intermediate Holdings, Inc. (1229); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

17294414

*Video Communication*

Video communication will be by use of the GoTo platform.  Connect via the free GoTo application or click the link on Judge Perez's home page.  The meeting code is "JudgePerez." Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both virtual and in-person hearings.  To make your appearance, click the "Electronic Appearance" link on Judge Perez's home page.  Select the case name, complete the required fields, and click "Submit" to complete your appearance.

**Dated:** June 26, 2025

By: */s/ Aaron J. Power*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
Aaron J. Power (TX Bar No. 24058058)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
apower@porterhedges.com
myoung-john@porterhedges.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kenneth S. Ziman (admitted pro hac vice)
Christopher Hopkins (admitted pro hac vice)
Stephanie P. Lascano (admitted pro hac vice)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kziman@paulweiss.com
chopkins@paulweiss.com
slascano@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

By: */s/ Michael T. Gustafson*
**FAEGRE DRINKER BIDDLE & REATH LLP**
Kaitlin R. Prior
2323 Ross Avenue, Suite 1700
Dallas, Texas 75201
Telephone: (469) 357-2500
Facsimile: (469) 327-0860
Email: kaitlin.prior@faegredrinker.com

Michael T. Gustafson
**FAEGRE DRINKER BIDDLE & REATH LLP**
320 South Canal Street, Suite 3300
Chicago, Illinois 60606
Telephone: (312) 569-1000
Facsimile: (312) 556-3000
Email: mike.gustafson@faegredrinker.com

*Counsel for Linde Gas & Equipment Inc.*

17294414

3

## Certificate of Service

I certify that on June 26, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Aaron J. Power
Aaron J. Power

17294414