**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) | No. 24-90621 (ARP) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**TENNESSEE DEPARTMENT OF REVENUE'S OBJECTION TO CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF LIQUIDATION OF PARTY CITY HOLDCO INC. AND ITS DEBTOR AFFILIATES**
**[Re: Docket Entry 1685]**

The Tennessee Attorney General's Office, on behalf of the Tennessee Department of Revenue ("Department"), respectfully submits this objection to confirmation of the Joint Chapter 11 Plan of Liquidation of Party City Holdco Inc. and its Debtor Affiliates (Doc. 1685). The Department has administrative claims in this case totaling $145,552.94.

## ADMINISTRATIVE CLAIMS

1. The Department objects to Administrative/Priority Waterfall Treatment of its administrative claims, because such treatment is contrary to 11 U.S.C. § 1129(a)(9)(A). (Doc. 1685-1, p. 19-20 of 67). The Department opts out.

2. The Department proposes that it be deemed to have opted out of the Administrative/Priority Waterfall Treatment to the full extent permitted by law.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Inc. (1359); Am-Source, LLC (8427); Party City Corporation (3692); Party City Holdings Inc. (3029); PC Intermediate Holdings, Inc. (1229); and Tristar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

## THIRD-PARTY RELEASES

5. The Department objects that section VIII-C of the Plan includes third-party releases. (Doc. 1685-1, p. 53-54 of 67). See, *Harrington v. Purdue Pharma L.P.*, 603 U.S. 204 (2024). The Department opts out.

6. The Department proposes that it be deemed to have opted out of the third-party releases to the full extent permitted by law.

## CONCLUSION

The Tennessee Department of Revenue respectfully asks this Court to deny confirmation of the Plan and to award any other relief to which the Department may be entitled.

Respectfully Submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ Stephen R. Butler
Stephen R. Butler, TN BPR No. 014772
TXSD Fed. ID No. 3574620
Senior Assistant Attorney General
Office of the TN Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202
PH: 615-532-8718
AGBankTexas@ag.tn.gov
Attorney for TN Dept. of Revenue

**CERTIFICATE OF SERVICE**

I certify that on <u>August 20, 2025</u>, a true and exact copy of the foregoing was served upon all parties of record who receive notice electronically via the Court's CM/ECF system, and to the following by U.S. Mail first class postage pre-paid:

Attn: Kenneth S. Ziman and Christopher J. Hopkins
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019

Attn: John F. Higgins, Aaron J. Power, M. Shane Johnson and Megan Young-John
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002

Attn: Adam L. Shpeen and Abraham Bane
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, New York 10017

Attn: Robert J. Feinstein, Bradford J. Sandler, Shirley S. Cho and Steven W. Golden
Pachulski Stang Ziehl & Jones
919 N. Market Street, Suite 1700
Wilmington, DE 19801

Attn: Jana Whitworth
U.S. Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002

And served by electronic mail to the following:

jhiggins@porterhedges.com
sjohnson@porterhedges.com
apower@porterhedges.com
myoung-john@porterhedges.com
kziman@paulweiss.com
chopkins@paulweiss.com
theckel@pszjlaw.com
mlitvak@pszjlaw.com
jana.whitwirth@usdoj.gov

/s/ Stephen R. Butler
Stephen R. Butler
Senior Assistant Attorney General