**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) | |
| | ) | Case No. 24-90621 (ARP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF SERVICE**

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On September 17, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via (1) First-Class Mail on the list of parties attached hereto as **Exhibit A**, and (2) email on the list of parties attached hereto as **Exhibit B**:

- Liquidating Trustee's Third Notice of Disallowance and Expungement of Late-Filed Claims [Docket No. 2134]

On September 17, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via (1) First-Class Mail on the list of parties attached hereto as **Exhibit C**, and (2) email on the list of parties attached hereto as **Exhibit D**:

- Liquidating Trustee's Seventeenth Omnibus Objection to Certain Proofs of Claim (Lease Rejection Claims) [Docket No. 2135]

- Notice of the Liquidating Trustee's Seventeenth Omnibus Claims Objection (Lease Rejection Claims) [Docket No. 2136]

On September 17, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via (1) First-Class Mail on the list of parties attached hereto as **Exhibit E**, and (2) email on the list of parties attached hereto as **Exhibit F**:

- Liquidating Trustee's Eighteenth Omnibus Objection to Certain Proofs of Claim (Substantive Duplicate Claims) [Docket No. 2137]

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Inc. (1359); Am-Source, LLC (8427); Party City Corporation (3692); Party City Holdings Inc. (3029); PC Intermediate Holdings, Inc. (1229); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

On September 17, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via (1) First-Class Mail on the list of parties attached hereto as **Exhibit G**, and (2) email on the list of parties attached hereto as **Exhibit H**:

- Liquidating Trustee's Nineteenth Omnibus Objection to Certain Proofs of Claim (Claims with Insufficient Support) [Docket No. 2138]

- Notice of the Liquidating Trustee's Nineteenth Omnibus Claims Objection (Claims with Insufficient Support) [Docket No. 2139]

On September 17, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via (1) First-Class Mail on the list of parties attached hereto as **Exhibit I**, and (2) email on the list of parties attached hereto as **Exhibit J**:

- Liquidating Trustee's Twentieth Omnibus Objection to Certain Proofs of Claim (Misclassified Claims) [Docket No. 2140]

- Notice of the Liquidating Trustee's Twentieth Omnibus Claims Objection (Misclassified Claims) [Docket No. 2141]

On September 17, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via (1) First-Class Mail on the list of parties attached hereto as **Exhibit K**, and (2) email on the list of parties attached hereto as **Exhibit L**:

- Liquidating Trustee's Twenty-First Omnibus Objection to Certain Proofs of Claim (No Liability Claims) [Docket No. 2142]

- Notice of the Liquidating Trustee's Twenty-First Omnibus Claims Objection (No Liability Claims) [Docket No. 2143]

Dated: September 25, 2026

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 25, 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ Paul Pullo*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

# Exhibit A

| ADRID | Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 30441675 | Department of Treasury - Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 |
| 29799287 | LAKE COUNTY TREASURER | 2293 N MAIN STREET | | | CROWN POINT | IN | 46307 |
| 30534190 | Metropolitan Government of Nashville & Davidson County Tennessee | Metropolitan Trustee | Attn: Eugene Hampton | P.O. Box 196358 | Nashville | TN | 37219 |

**Exhibit B**

# Exhibit B

| AddressID | Name | Email |
| --- | --- | --- |
| 30445913 | ARES HOLDINGS LLC | MISTYBAME@NEXTECHNA.COM |
| 30441729 | Department of Treasury - Internal Revenue Service | Dorcas.M.Basaldua@irs.gov |
| 30608812 | Harford County, Maryland | denalls@harfordcountymd.gov; rfsandlass@harfordcountymd.gov |
| 30501695 | Larimer County Treasurer | mooregt@co.larimer.co.us |
| 30552521 | Metropolitan Government of Nashville & Davidson County Tennesse | jennifer.lawson@nashville.gov; lorraine.abrams@nashville.gov |
| 30443001 | Roman, Facia | Email on File |
| 30432706 | SailPoint Technologies, Inc. | legal@sailpoint.com |

**Exhibit C**

Exhibit C

| ADRID | Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 30342404 | Aurora CP LLC, a Delaware Limited Liability Company | Glaser Weil, LLP | Tigran Samvelyan | 10250 Constellation Blvd. | 19th Floor | Los Angeles | CA | 90067 |
| 29886396 | CIP18 SW Orangewood Owner LLC | 675 Placentia Ave | Suite 200 | | | Brea | CA | 92821 |
| 29886397 | CIP18 SW Orangewood Owner LLC | Yashaar Amin | 100 Bayview Circle | Suite 4500 | | Newport Beach | CA | 92660 |
| 30223672 | Neis Acquisitions AUXGA LLC | 2885 Sanford Ave. SW 25343 | | | | Grandville | MI | 49418 |
| 30227746 | Panattoni Development Company, Inc. | c/o Kent A. McNaughton | 2931 Ridge Road, Suite 101-137 | | | Rockwall | TX | 75032 |
| 30353340 | West Road Land LP | c/o Unilev Management Corp | Attn: Janet O. Sanford, CPM | 7500 San Felipe, Suite 725 | | Houston | TX | 77063 |

**Exhibit D**

Exhibit D

| ADRID | Name | Email |
|---|---|---|
| 30342403 | Aurora CP LLC, a Delaware Limited Liability Company | tsamvelyan@glaserweil.com |
| 30263697 | Aviana Company LTD. | jkhouri@carnegiecorp.com; mdavid@carnegiecorp.com |
| 30255614 | Blackstock Westside Associates, LLC | adminpm@spencerhinesmgt.com |
| 30346366 | Bristol Retail XV, LLC | kacosta@jhrep.com; kellyac66@gmail.com |
| 30263719 | Canyon Hub Holdings, L.P. | justin@nairnmg.com |
| 30354493 | Cermak Plaza Associates c/o Concordia Realty Managment, Inc. | mflight@concordiarealty.com |
| 30354495 | Cermak Plaza Associates c/o Concordia Realty Managment, Inc. | etaiman@sabialaw.com |
| 30401365 | Church Lane Shops LLC | douglas.mintz@cwt.com; Raymond.Navaro@cwt.com; scherry@mfimanagement.com; Thomas.Curtin@cwt.com |
| 30401367 | Church Lane Shops LLC | raymond.navaro@cwt.com; thomas.curtin@cwt.com |
| 30401366 | Church Lane Shops LLC | scherry@mfimanagement.com |
| 29886395 | CIP18 SW Orangewood Owner LLC | yamin@archanchor.com |
| 30255144 | ECA Buligo Red Willow Partners LP | nbesdin@steinadlerlaw.com |
| 30227265 | Grand Avenue Associates, LLC | mhoward@shinergrp.com; mhoward1027@gmail.com |
| 30414255 | KRG Bel Air Square, LLC | rlehane@kelleydrye.com |
| 30414256 | KRG Bel Air Square, LLC | dpapadakis@kiterealty.com |
| 30397828 | Marc NaperW, LLC and NaperW, LLC | jkleinman@burkelaw.com |
| 30401192 | Melrose Park Equity, LLC / Melrose Park Investments, LLC / NMC Melrose Part II, LLC / NMC Grove Melr | bpearl@newmarkmerrill.com |
| 30223451 | Neis Acquisitions AUXGA LLC | jfuerst@sbcglobal.net |
| 30354491 | ORF III King Philips Crossing, LLC | pmunshi@octavehi.com |
| 30227745 | Panattoni Development Company, Inc. | joyce@joycelindauer.com |
| 30401748 | Parker Central Plaza, Ltd | rnash@dalsan.com |
| 30295900 | RCG-HRP Indianapolis, LLC | sean.kulka@agg.com |
| 30295901 | RCG-HRP Indianapolis, LLC | RandyG@rcgventures.com |
| 30282588 | Red Rose Commons LP | kurtzman@kurtzmansteady.com |
| 30282589 | Red Rose Commons LP | mmoss@goldengerggroup.com; tmmoss@goldenberggroup.com |
| 30353339 | West Road Land LP | jcarruth@wkpz.com |

**Exhibit E**

Exhibit E

| ADRID | Name | Address1 | Address2 | Address 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 30201582 | New York State Department of Taxation & Finance | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205 |
| 30253793 | South Whit Shopping Center Associates | 500 Old Country Road | Suite 200 | | Garden City | NY | 11530 |
| 30357377 | South Whit Shopping Center Associates | Wilbur F. Breslin, Authorized Signatory | 500 Old Country Road, Suite 200 | | Garden City | NY | 11530 |
| 30206944 | State of Minnesota, Department of Revenue | PO Box 64447 - BKY | | | St Paul | MN | 55164-0447 |
| 30281405 | TG Distressed Opportunities Fund LP as Transferee of Philcos Enterpriser USA Inc. | Attn: Joseph Azarbad | 1460 Broadway | | New York | NY | 10036 |
| 30224089 | The Weeks-Lerman Group, LLC | Attn: Harris Meth, CEO | 53-38 Page Place | | Maspeth | NY | 11378 |
| 30541934 | The Weeks-Lerman Group, LLC | Attn: Harris Meth, Chief Financial Officer | 58-38 Page Place | | Maspeth | NY | 11378 |
| 30283349 | TRP-MCB Eastpoint, LLC | c/o MCB Real Estate, LLC | 2002 Clipper Park Road, Suite 105 | | Baltimore | MD | 21211 |
| 30283350 | TRP-MCB Eastpoint, LLC | c/o McNees, Wallace & Nurick, LLC | Attn: Kimberly Manuelides, Esq. | 600 Washington Avenue, Suite 300 | Towson | MD | 21204 |
| 30263779 | UH US Upland 2022 LLC | 2002 Clipper Park Rd., Suite 105 | | | Baltimore | MD | 21211 |
| 30276040 | UH US Upland 2022 LLC | C/O MCB Property Management LLC | 2002 Clipper Park Rd | Suite 105 | Baltimore | MD | 21211 |
| 30386088 | Wan Hai Lines Ltd. | 17200 N. Perimeter Road | Suite 200 | | Scottsdale | AZ | 85255 |

**Exhibit F**

Exhibit F

| ADRID | NAME | EMAIL |
|---|---|---|
| 30542384 | New York State Dept. of Tax & Finance Bankruptcy | BankruptcyCourtMailing@tax.ny.gov |
| 30253639 | Northtowne LLC | legalnotices@hcollc.com |
| 29891353 | Pan'an Jiahe Craft Facotry | pajiahe2004@126.com; sky_jiahe@126.com |
| 29891363 | Pan'an Jiahe Craft Factory | pajiahe2004@126.com |
| 30254890 | Papillon Accesories, LLC | michael@mjtrim.com |
| 30263857 | Party City PR, Inc | condecarmen@condelaw.com |
| 30263858 | Party City PR, Inc | VAmieiro@partycitypr.com |
| 30257331 | Pike Park Associates LLLP | douglas.mintz@cwt.com; Raymond.Navaro@cwt.com; scherry@mfimanagement.com; Thomas.Curtin@cwt.com |
| 30259457 | Pike Park Associates LLLP | raymond.navaro@cwt.com; thomas.curtin@cwt.com |
| 30257332 | Pike Park Associates LLLP | scherry@mfimanagement.com |
| 30257314 | Pocono Retail Associates, L.L.C. | aduff@CedarwoodC.com; beckberg@cedarwoodc.com |
| 30261120 | Pocono Retail Associates, L.L.C. | aduff@cedarwoodc.com |
| 30182302 | QUANZHOU EAST TERN HANDICRAFT MANUFACTURE CO., LTD. | sales@easttern.com |
| 30253647 | Quanzhou East Tern Handicraft Manufacture Co., Ltd. | adam@mazzolalindstrom.com; jeanclaude@mazzolalindstrom.com |
| 30224877 | Reliant Energy Retail Services, LLC | NRGACCOUNTS@BROWNSIMS.COM |
| 30264002 | Relient Energy Retail Services, LLC | NRGaccounts@brownsims.com |
| 30226830 | Rockaway Center Associates | bmexin@simon.com; rtucker@simon.com |
| 30416992 | Rockaway Center Associates | bmexin@simon.com; cmartin@simon.com |
| 29972594 | Scarecrow, Inc. | office@scarecrowinc.com |
| 29901938 | Sfraid Baytowne Owner, LLC, a Delaware limited liability company | BILLING@MATANKY.COM |
| 30253792 | South Whit Shopping Center Associates | egoldstein@goodwin.com; kheidel@goodwin.com |
| 30184684 | St. Cloud Rainbow Village, LLC | wtansey@felhaber.com |
| 30184685 | St. Cloud Rainbow Village, LLC | peter@muirih.com |
| 30556243 | State of Minnesota, Department of Revenue | mdor.bkysec@state.mn.us |
| 29892197 | Terrace Cmbs, Llc, By Cbl & Associates Management, Inc, Its Managing Agent | caleb.holzaepfel@huschblackwell.com |
| 29892539 | Terrace Cmbs, Llc, By Cbl & Associates Management, Inc, Its Managing Agent | gary.roddy@cblproperties.com |
| 30296380 | The Bosworth Group LLC | kmbosworth@gmail.com |
| 29793089 | The Lemon Group LLC | sewert@misdaf.com |
| 29888952 | The Lemon Group LLC | sewert@midasf.com |
| 30263730 | The New School | stemes@bsk.com |
| 30263731 | The New School | hirdl@newschool.edu |
| 30224088 | The Weeks-Lerman Group, LLC | egoldstein@goodwin.com |
| 30541933 | The Weeks-Lerman Group, LLC | egoldstein@goodwin.com; kheidel@goodwin.com |
| 30255486 | TNG Mokena, LP, Niki Holdings, LP, NG21, LP, TNG ES, LLC | alyson@thenikigroup.com |
| 30263662 | Torrance Towne Center Associates, LLC | mike@lacazedevelopment.com |
| 30263663 | Torrance Towne Center Associates, LLC | sokeefe@okeefelawcorporation.com |
| 30251190 | Trahwen-E, LLC | arthurwilkosz@benderson.com |
| 30200370 | TrashCo Inc | john.funk@gmail.com |
| 30200364 | TrashCo Inc. | john.funk@gmail.com |

Exhibit F

| ADRID | NAME | EMAIL |
|---|---|---|
| 30255845 | TRP-MCB Eastpoint, LLC | kmanuelides@mcneeslaw.com |
| 30252782 | Tumpike Shopping Center, LLC | kmayhew@pullcom.com |
| 30253530 | Tumpike Shopping Center, LLC | dcoba@klebanproperties.com; kkleban@klebanproperties.com |
| 29899329 | Turnpike Shopping Center LLC | dcoba@klebanproperties.com |
| 30263778 | UH US Upland 2022 LLC | dandreacchi@foxrothschild.com; mherz@foxrothschild.com |
| 30263780 | UH US Upland 2022 LLC | dgardella@uhreit.com |
| 30401456 | Vestar Happy Valley Phase 2, L.L.C. | ahornisher@clarkhill.com |
| 30401457 | Vestar Happy Valley Phase 2, L.L.C. | mrhorer@vestar.com; pmcginley@vestar.com |
| 30553917 | Vestar Happy Valley Phase 2, L.L.C. | kwebster@clarkhill.com |
| 30255920 | Wan Hai Lines Ltd. | usar@wanhai.com |
| 30255921 | Wan Hai Lines Ltd. | dtong@peacockpiper.com |
| 30226432 | Wheaton Plaza Regional Shopping Center LLC | nferland@barclaydamon.com |
| 29883946 | WhiteCap Staffing, LLC | Invoices@whitecapsearch.com |
| 29885347 | Yiwu Roleparty Costume And Accessory Co., Ltd | sales13@roleparty.cn |
| 30253750 | Yiwu Roleparty Costume and Accessory Co., Ltd. | adam@mazzolalindstrom.com; jeanclaude@mazzolalindstrom.com |
| 30217436 | Zhang, Valerie | Email on File |

**Exhibit G**

# Exhibit G

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 30183436 | Connor Construction LLC | Attn: Benjamin J. Connor | 1437 Hurffville Road | | Deptford | NJ | 08096 |
| 30184658 | Connor Construction LLC | c/o Pagano Real Estate Inc | 420 Boulevard | Suite 201 | Mountain Lakes | NJ | 7046 |
| 30184657 | Connor Construction LLC | c/o Summerhill Square, LLC | 581-623 Route 18 South | | East Brunswick | NJ | 08816 |
| 30263654 | Rouse, Mary | Address on file | | | | | |

**Exhibit H**

# Exhibit H

| ADRID | NAME | EMAIL |
|---|---|---|
| 30184639 | 346 Route 10 Investors, LLC | srosenberg@thekleingroupre.com |
| 30256251 | A.S. a minor child c/o Skylar Schanewolf | Email on file |
| 30255540 | Beydoun, Wendy | Email on file |
| 29842139 | Cruz, Joel | Email on file |
| 30353284 | Eatontown 36, LLC | tonder@stark-stark.com |
| 29898894 | Foxi Crumpet LLC dba Neva Nude | info@nipztix.com |
| 29799666 | Gibbons, Jazmine | Email on file |
| 30342606 | HRP Springfield LLC | kurtzman@kurtzmansteady.com |
| 30342607 | HRP Springfield LLC | bh@haverfordretail.com |
| 30292397 | Kelly, Tekelia and Mack | Email on file |
| 30353288 | Levin Properties, L.P. | tonder@stark-stark.com |
| 30443001 | Roman, Facia | Email on file |
| 30263653 | Rouse, Mary | Email on file |

# Exhibit I

Exhibit I

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 30356858 | Benton County Treasurer | Benton County Prosecuting Attorney | 7122 West Okanogan Place, STE A230 | | Kennewick | WA | 99336 |
| 30356881 | Benton County Treasurer | PO Box 630 | | | Prosser | WA | 99350 |
| 29887162 | Collin County Tax Assessor/Collector | P.O. Box 8046 | | | McKinney | TX | 75070 |
| 30441675 | Department of Treasury - Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 |
| 30347416 | Lake Country Treasurer | 2293 N. Main St | | | Crown Point | IN | 46307 |
| 30534189 | Metropolitan Government of Nashville & Davidson County Tennessee | Metropolitan Trustee | Attn: Eugene Hampton | P.O. Box 196358 | Nashville | TN | 37219 |
| 29890465 | Metropolitan Trustee of Nashville & Davidson County Tennessee | Metro Nashville Trustee | Attn: Eugene Hampton | PO Box 196358 | Nashville | TN | 37219 |
| 30393697 | San Bernadino County | Office of the Tax Collector | 268 West Hospitality Lane, 1st Floor | | San Bernadino | CA | 92415 |

**Exhibit J**

# Exhibit J

| ADRID | NAME | EMAIL |
|---|---|---|
| 30161987 | ARAPAHOE COUNTY TREASURER | LLUEBKE@ARAPAHOEGOV.COM |
| 30232736 | City of Grandville | GRANDVILLE-WATER-SEWER-BILL@CITYOFGRANDVILLE.COM |
| 30184674 | City of Mesa | jane.kile@mesaaz.gov |
| 30276106 | Clark County Treasurer | mmcrite@lnwlegal.com |
| 30276108 | Clark County Treasurer | pfaith@lnwlegal.com |
| 29882638 | Collin County Tax Assessor/Collector | bankruptcy@abernathy-law.com |
| 30158588 | Daviess County, Kentucky | bhughes@daviessky.org |
| 29842440 | Delaware County Treasurer | mhelvie@co.delaware.in.us |
| 30441729 | Department of Treasury - Internal Revenue Service | Dorcas.M.Basaldua@irs.gov |
| 30207167 | Escambia County Tax Collector | ectc@escambiataxcollector.com |
| 30206992 | Escambia County Tax Collector | swalton@philipbates.net |
| 30194607 | Fairfax City Tax Collector (City of Fairfax Treasurer's Office) | latrena.moore@fairfaxva.gov |
| 30608812 | Harford County, Maryland | denalls@harfordcountymd.gov; rfsandlass@harfordcountymd.gov |
| 30276339 | King County Treasury | BankruptcyNotice.Treasury@kingcounty.gov |
| 30276087 | Kitsap County Treasurer | collections@kitsap.gov |
| 30283539 | Larimer County Treasurer | macartjj@co.larimer.co.us |
| 30279084 | LOS ANGELES COUNTY FIRE DEPARTMENT | FIRE_CUPA@FIRE.LACOUNTY.GOV |
| 30279085 | LOS ANGELES COUNTY FIRE DEPARTMENT | ROZIK.MANDANI@FIRE.LACOUNTY.GOV |
| 30202151 | Madison County, Alabama | jrich@madisoncountyal.gov; vzukauskaite@madisoncountyal.gov |
| 30202152 | Madison County, Alabama | vmiles@madisoncountyal.gov |
| 30195997 | Major Trading Inc. | michelle.cheng@majortradinginc.com |
| 29899317 | Manatee County Tax Collector | legal@taxcollector.com |
| 29889851 | Metropolitan Government of Nashville & Davidson County Tennessee | ann.mikkelsen@nashville.gov; lorraine.abrams@nashville.gov |
| 30508320 | Metropolitan Government of Nashville & Davidson County Tennessee | jennifer.lawson@nashville.gov; lorraine.abrams@nashville.gov |
| 30552521 | Metropolitan Government of Nashville & Davidson County Tennesse | jennifer.lawson@nashville.gov; lorraine.abrams@nashville.gov |
| 29889703 | Metropolitan Trustee of Nashville & Davidson County Tennessee | ann.mikkelsen@nashville.gov; lorraine.abrams@nashville.gov |
| 30233010 | Osceola County Tax Collector | jdumars@osceola.org |
| 30228266 | PIERCE COUNTY FINANCE DEPARTMENT | JASON.THIESSEN@PIERCECOUNTYWA.GOV |
| 30435759 | Shasta County Tax Collector | bpearson@shastacounty.gov |
| 30253488 | Skagit County Treasurer | treasurer@co.skagit.wa.us |
| 30200518 | Snohomish County Treasurer | rashanna.edwards@snoco.org |

Exhibit J

| ADRID | NAME | EMAIL |
|---|---|---|
| 29974367 | Sonoma County Tax Collector | centralcollections@sonoma-county.org |
| 30401055 | Stafford County Tax Collector | dhonadle@staffordcountyva.gov; lramos@staffordcountyva.gov |
| 30221843 | The City and County of Denver | bankruptcy@denvergov.org |
| 30161943 | Yakima County Treasurer | mellissa.treece@co.yakima.wa.us |

**Exhibit K**

Exhibit K

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 30254462 | Brooks, Angela D. | Address on file | | | | |
| 30255651 | Felton, Alecia | Address on file | | | | |
| 30255190 | First Western Equipment Finance | First Western Bank &Trust | 100 Prairie Center Drive | Eden Prairie | MN | 55344 |

# Exhibit L

Exhibit L

| ADRID | NAME | EMAIL |
|---|---|---|
| 30251761 | Betty Bencosme, Individually, and as Administrator and Administrator Ad Prosequendum of the Estate o | Address on file |
| 30255745 | Brooks, Angela D. | Address on file |
| 30217743 | Clarke, Patrice S | Address on File |
| 30195784 | Crane, Marguerite | Address on File |
| 30251522 | Daniel Rodriguez, a Minor, by and through his Guardian Ad Litem and parent and natural guardian, Bet | Address on file |
| 29813398 | Darden, Teresa | Address on file |
| 29805690 | Dindia, Virgina | Address on file |
| 30252418 | Evolution Credit Opportunity Master Fund II-B, L.P., as Transferee of Kay Global Group, Inc. | dbrenner@pryorcashman.com; rcanezin@evolutioncreditpartners.com |
| 30252419 | Evolution Credit Opportunity Master Fund II-B, L.P., as Transferee of Kay Global Group, Inc. | rbeacher@pryorcashman.com |
| 30252442 | Evolution Credit Partners Finance 1 Aggregator LP, as Transferee of JP Morgan Chase Bank NA | dbrenner@pryorcashman.com; rcanezin@evolutioncreditpartners.com |
| 30252443 | Evolution Credit Partners Finance 1 Aggregator LP, as Transferee of JP Morgan Chase Bank NA | rbeacher@pryorcashman.com |
| 30255650 | Felton, Alecia | Address on file |
| 30254344 | HH Associates U.S., Inc. | jaugust@saiber.com |
| 30255316 | HH Associates U.S., Inc. | zachary.raimi@hhglobal.com |
| 30229234 | Jerry Leigh of California, Inc | AGILL@JERRYLEIGH.COM |
| 30254381 | MKR Services, LLC | ladybug@flash.net |
| 30578571 | Neely, Joan | Address on file |
| 30229488 | Neely, Joan | Address on file |
| 30251029 | Pearl River Campus, LLC | arodriguez@bpslaw.com |
| 30251028 | Pearl River Campus, LLC | arodriguez@bpslaw.com; jschwartz@hvicampus.com |
| 30255785 | PICC property and Casualty Company Limited | jazmin.soto@globalrecoverygroup.com; jeff.sniderman@globalrecoverygroup.com |
| 30263840 | Spin Master Inc. | robertmi@spinmaster.com |
| 30227327 | TMD Holdings, LLC | accounting@tmdholdings.com; tony@tmdholdings.com |
| 30254442 | Vazquez (a Minor), Cecilia | Address on file |