United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 19, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) | |
| | ) | Case No. 24-90621 (ARP) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING LIQUIDATING TRUSTEE'S**
**SECOND MOTION FOR EXTENSION OF DEADLINE TO**
**FILE OBJECTIONS TO NON-ADMINISTRATIVE CLAIMS**

[Related Docket No. 2155]

This Court has considered the *Liquidating Trustee's Second Motion for Extension of Deadline to File Objections to Non-Administrative Claims* (the "Motion"),[2] and this Court having jurisdiction to consider the Motion, and venue being proper, and due and sufficient notice of the Motion having been given; and after due deliberation thereon,

**IT IS HEREBY ORDERED THAT**:

1. The Claims Objection Deadline with respect to Non-Administrative Claims is hereby extended through and including January 20, 2027.

2. The relief granted herein is without prejudice to the Liquidating Trustee's right to request further extensions of the Non-Administrative Claims Objection Deadline.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Inc. (1359); Am-Source, LLC (8427); Party City Corporation (3692); Party City Holdings Inc. (3029); PC Intermediate Holdings, Inc. (1229); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Motion.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Signed: October 19, 2026

Alfredo R Pérez
United States Bankruptcy Judge