**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) | Case No. 24-90621 (ARP) |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO LIQUIDATING TRUSTEE'S EIGHTEENTH OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM (SUBSTANTIVE DUPLICATE CLAIMS)**

[Relates to Docket No. 2137]

Pursuant to the *Procedures for Complex Cases in the Southern District of Texas* (the "Complex Case Procedures") and the *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 5], the undersigned hereby certifies as follows:

1. On September 17, 2026, Elizabeth LaPuma, the Liquidating Trustee (the "Trustee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Liquidating Trustee's Eighteenth Omnibus Objection to Certain Proofs of Claim (Substantive Duplicate Claims)* [Docket No. 2137] (the "Objection"), which was accompanied by a proposed form of the *Order Sustaining Liquidating Trustee's Eighteenth Omnibus Objection to Certain Proofs of Claim (Substantive Duplicate Claims)* [Docket No. 2137-2] (the "Original Proposed Order").

2. On October 1, 2026, Kroll Restructuring Administration LLC, the claims, noticing, and solicitation agent for the Debtors, filed an *Affidavit of Service* [Docket No. 2160] showing that

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Inc. (1359); Am-Source, LLC (8427); Party City Corporation (3692); Party City Holdings Inc. (3029); PC Intermediate Holdings, Inc. (1229); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

on September 17, 2026, the Objection was served on the affected claimants listed on Schedule 1 to the Original Proposed Order.

3. The deadline for receipt of responses to the Objection was October 19, 2026 (the "Response Deadline"). The Response Deadline has passed, except as extended by agreement as described below.

4. The Trustee has received informal responses from and on behalf of the following claimants subject to the Objection: (i) Vestar Happy Valley Phase 2 LLC ("Vestar") regarding Claim Nos. 2084 and 2093 (the "Vestar Claims"); (ii) Minnesota Department of Revenue ("Minnesota") regarding Claim Nos. 732, 739, and 698 (the "Minnesota Claims"); and Pike Park Associates LLLP ("Pike Park") regarding lease Claim Nos. 1480 and 1485 and guaranty Claim Nos. 1486 and 1484 (collectively, the "Pike Park Claims"). Pike Park has requested, and the Trustee has agreed to, an extension of time to respond to the Objection.

5. The Trustee has removed the Pike Park Claims from **Schedule 1** to the Revised Proposed Order (as defined below) while the parties continue to work toward a consensual resolution. The Objection remains pending with respect to such claims. Nothing in this certification or the Revised Proposed Order shall constitute a waiver of the Trustee's rights to pursue the Objection or to object on any other grounds with respect to such claims, and the rights of the Trustee and the holders of such claims are fully reserved.

6. Attached hereto as **Exhibit A** is a redline of the current Schedule 1 marked against the previously filed version.

7. Attached hereto is a revised proposed form of *Order Sustaining Liquidating Trustee's Eighteenth Omnibus Objection to Certain Proofs of Claim (Substantive Duplicate*

*Claims)* (the "Revised Proposed Order"). Attached hereto as **Exhibit B** is a redline of the Revised Proposed Order marked against the Original Proposed Order.

8. In accordance with paragraph 44 of the Complex Case Procedures, the undersigned represents to the Court that the Trustee is unaware of any other responses to the Objection and that counsel has reviewed the Court's docket and no other responses or objections appear thereon.

9. The Trustee respectfully requests that the Court enter the attached Revised Proposed Order at the earliest convenience of the Court.

Dated: October 22, 2026

Respectfully submitted,

By: */s/ Aaron J. Power*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
Aaron J. Power (TX Bar No. 24058058)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
apower@porterhedges.com
myoung-john@porterhedges.com

***Counsel to Elizabeth LaPuma, as the Liquidating Trustee of Party City Holdco Inc. and Its Debtor Affiliates***

## CERTIFICATE OF SERVICE

I certify that on October 22, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Aaron J. Power*
Aaron J. Power