United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 02, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PARTY CITY HOLDCO INC., *et al.*,[1] | ) | Case No. 24-90621 (ARP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**AGREED ORDER AND STIPULATION REGARDING**
**PROOF OF CLAIM NO. 1939 FILED BY EATONTOWN 36, LLC**
[Relates to Claim No. 1939 & Docket Nos. 2135 & 2176]

This stipulation and agreed order (the "Stipulation and Agreed Order") is entered into by and among (i) Elizabeth LaPuma, as the Liquidating Trustee (the "Trustee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), and (ii) Eatontown 36, LLC (the "Claimant" and together with the Trustee the "Parties") regarding Proof of Claim No. 1939 (the "Claim") filed by the Claimant. The Parties hereby stipulate and agree as follows:

**RECITALS**

A. WHEREAS, on December 21, 2024 (the "Petition Date"), the Debtors filed petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

B. WHEREAS, On August 27, 2025, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Debtors' Disclosure Statement on a Final Basis and (II) Confirming the Joint Chapter 11 Plan of Liquidation of Party City Holdco Inc. and Its*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Inc. (1359); Am-Source, LLC (8427); Party City Corporation (3692); Party City Holdings Inc. (3029); PC Intermediate Holdings, Inc. (1229); and Trisar, Inc. (0659). The location of the Debtors' service address for purposes of these chapter 11 cases is: 100 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

*Debtor Affiliates* [Docket No. 1827] (the "Confirmation Order"), which, among other things, approved and confirmed the Joint Chapter 11 Plan of Liquidation of Party City Holdco Inc. and Its Debtor Affiliates, a copy of which is attached as Exhibit A to the Confirmation Order (including all exhibits and supplements thereto, the "Plan").

C. WHEREAS, on April 25, 2025, the Claimant filed the Claim against Party City Holdco Inc. in the amount of $1,456,235.00, with the entirety of that amount asserted as a general unsecured claim.

D. WHEREAS, on June 16, 2026, the Liquidating Trustee filed the *Liquidating Trustee's Nineteenth Omnibus Objection to Certain Proofs of Claim (Claims with Insufficient Support)* [Docket No. 2135] (the "Objection"), which challenged the Claim on the grounds that it failed to attached sufficient support.

E. WHEREAS, on October 16, 2026, the Claimant filed *Eatontown 36, LLC's Response to Debtors' Objection to Claim No. 1939* [Docket No. 2176].

F. WHEREAS, to avoid the cost and delays of litigation and following good faith, arm's length negotiations between the Parties to consensually resolve the Objection vis-à-vis the Claim, the Parties have agreed to enter into and jointly submit this Stipulation and Agreed Order resolving the Claim and the Trustee's challenges thereto.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES, AND UPON APPROVAL BY THE COURT, IT IS ORDERED THAT:**

1. The Claim is hereby allowed as a general unsecured claim in the amount of $305,753.69.

2. No other amounts are or shall be allowed on account of the Claim.

3. The Parties agree that the claims register shall be updated to reflect the terms of this Stipulation and Agreed Order.

4. The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Agreed Order.

Signed: November 02, 2026

Alfredo R Pérez
United States Bankruptcy Judge

**AGREED AS TO FORM AND SUBSTANCE:**

By: */s/ Aaron J. Power*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
Aaron J. Power (TX Bar No. 24058058)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
apower@porterhedges.com
myoung-john@porterhedges.com

***Counsel to Elizabeth LaPuma, as the Liquidating Trustee of Party City Holdco Inc. and Its Debtor Affiliates***

By: */s/ Anthony J. Barbieri*
**KESSLER & COLLINS**
ANTHONY J. BARBIERI
State Bar 24025235
abarbieri@kesslercollins.com
DANIEL P. CALLAHAN
State Bar No. 03648700
dpc@kesslercollins.com
500 N. Akard Street, Suite 3700
Dallas, Texas 75201
(214) 379-0722 Office
(214) 373-4714 Facsimile

***Attorneys for Creditor and Party-in-Interest Levin Properties, LP and Eatontown 26, LLC***

## Certificate of Service

I certify that on November 2, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Aaron J. Power*
Aaron J. Power